No. 89–5659.  PERRINO v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 89–5669.  SELSOR v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 89–5706.  TRUJILLO v. KERBY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–5724.  FIGUEROA v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 1st Cir.  Certiorari denied.

No. 89–5725.  BROWN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–5739.  PARKER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–5745.  SERRANO SEPULVEDA v. UNITED STATES. C. A. 1st Cir.  Certiorari denied.

No. 89–5751.  GARCES ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–5763.  SCHMANKE v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 89–5769.  LABINE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–5771.  BYRD ET AL. v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 89–5772.  LENIS-LLANOS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–5774.  ACQUISTI v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–5776.  MONTES v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–5783.  VILLARREAL-FARIAS v. UNITED STATES; and
No. 89–5793.  RICHARDSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 880 F. 2d 376.